# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JABBAR LATINO STROUD,<br><br>               Petitioner,<br><br>    v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>               Respondent. | Case No. CV 11-4320-ODW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge. In addition, the Court finds that an evidentiary hearing is not warranted.

      IT IS HEREBY ORDERED that Respondent's Motion to Dismiss be granted and that Judgment be entered dismissing the Petition for Writ of Habeas Corpus with prejudice.

DATED: March 8, 2012

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE