# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JABBAR LATINO STROUD,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>　　　　　　　　Respondent. | Case No. CV 11-4320-ODW (JEM)<br><br>**JUDGMENT** |

　　In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: March 8, 2012

　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE